STATE ex rel ADULT AND
FAMILY SERVICES DIVISION,
*Appellant,*

*v.*

CARLSON,
*Respondent.*

(D8111-68633; CA A30160)

686 P2d 1043

Christine Chute, Assistant Attorney General, Salem, argued the cause for appellant. With her on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Daniel Hoarfrost, Portland, argued the cause for respondent. On the brief were Donald D. Nash and Nash & Hoarfrost, Portland.

Before Gillette, Presiding Judge, Joseph, Chief Judge, and Young, Judge.

PER CURIAM

**PER CURIAM**

In this filiation proceeding, the state appeals from a jury verdict in favor of defendant putative father. We agree that one of its assignments of error is well taken: the trial court erred in refusing to admit certain blood test results concerning defendant. The error was not harmless.

Reversed and remanded.